| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Martin Joseph** | Social Security number or ITIN **xxx–xx–2327** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Somantie Joseph** | Social Security number or ITIN **xxx–xx–7258** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number: **8–14–75629–las** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- R Kenneth Barnard (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Louis A. Scarcella
United States Bankruptcy Judge

Dated: June 29, 2020

**BLfnld7** [Final Decree 7 rev 12/01/15]