UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re :

Martin Joseph and
Somantie Joseph aka Somantie Ramkishun,

Debtors.
---------------------------------------------------------X

Case No. 8-14-75629-las

Chapter 7

ORDER VACATING FINAL DECREE DATED JUNE 29, 2020 AND RE-OPENING CASE

Whereas the above-captioned case having been initiated by the filing of a petition under Chapter 7 of Title 11 of the United States Code on December 23, 2014; and a Final Decree was entered on June 29, 2020 [dkt. no. 28] and the bankruptcy case was closed; and an adversary proceeding was pending at the time; and the Court having found that the Final Decree was entered in error; and after due deliberation, it is hereby

ORDERED, that the Court on its own motion vacates the Final Decree dated June 29, 2020 and directs the bankruptcy case be reopened; and it is further

ORDERED, that the Clerk's Office serve a copy of this Order on the debtor, debtor's counsel, the Trustee, all creditors and any party who filed a notice of appearance.



**Dated: March 1, 2021**
**Central Islip, New York**

_Louis A. Scarcella_
**Louis A. Scarcella**
**United States Bankruptcy Judge**